IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 20-cr-00196-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTOINETTE PAYNE,

    Defendant.

_____

**ORDER DENYING REQUEST FOR EARLY TERMINATION OF PROBATION**
_____

On November 11, 2021, Defendant Antoinette Payne submitted a *pro se* request for early termination of probation. (Doc. # 33). At the time her Motion was submitted, Ms. Payne had not yet been on supervision for more than one year, making her ineligible for early termination, pursuant to 18 U.S.C. § 3583(e)(1). Accordingly, the Court denied her request. (Doc. # 36).

On December 21, 2021 – ten days after the one-year point of her sentence – Ms. Payne filed a second motion for early termination of probation. (Doc. # 37). The Court directed the Government and the Probation Office to respond. (Doc. # 38). The Probation Office advised the Court that it did not support releasing Ms. Payne from supervision on the ground that she has had numerous positive drug tests, as well as multiple missed drug screenings and treatment sessions. (Doc. # 41). Therefore, Probation noted, she has not been compliant with supervision for at least a 12-month

period. (Doc. # 41). The Government opposes early termination for the same reasons. (Doc. # 40).

The Court agrees that Ms. Payne's failure to comply with the conditions of probation constitute grounds for denying her motion for early termination of probation. The Court therefore ORDERS that Defendant Antoinette Payne's request for early termination of probation (Doc. # 37) is DENIED.

DATED:  February 15, 2022          BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge